**Opinion issued June 28, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-18-00090-CV

_____

## IN THE INTEREST OF J. J. N., A Child

_____

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-07063J**

_____

## MEMORANDUM OPINION

Appellant, J.N., challenges the trial court's final order terminating his parental rights to his minor child, and appointing appellee, the Department of Family and Protective Services, as the child's sole permanent managing conservator. Appellant's appointed counsel has filed a motion to withdraw and an *Anders* brief, asserting that the appeal is without merit and there are no arguable grounds for

reversal. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967). We affirm the trial court's judgment.

The procedures set forth in *Anders* are applicable to an appeal from a trial court's order terminating parental rights when, as here, the appellant's appointed appellate counsel concludes that there are no non-frivolous issues to assert on appeal. *In re A.M.*, 495 S.W.3d 573, 582 (Tex. App.—Houston [1st Dist.] 2016, pet. denied); *In re K.D.*, 127 S.W.3d 66, 67 (Tex. App.—Houston [1st Dist.] 2003, no pet.). Counsel has filed an *Anders* brief in which she concludes that, after a thorough review of the record, appellant's appeal of the termination of her parental rights is frivolous and without merit. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400; *In re K.D.*, 127 S.W.3d at 67. Counsel's brief meets the minimum *Anders* requirements by presenting a professional evaluation of the record and stating why there are no arguable grounds for reversal on appeal. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400; *In re K.D.*, 127 S.W.3d at 67. Counsel has certified that she delivered to appellant at his last known address a copy of the brief and "[a] disk containing the appellate record" and has informed him of his right to access the appellate record and file a pro se response. *See In re K.D.*, 127 S.W.3d at 67. Additionally, this Court has notified appellant of his right to review the record and file a pro se response. Appellant has not filed a response.

When we receive an *Anders* brief from an appellant's appointed attorney who asserts that no arguable grounds for appeal exist, we must determine that issue independently by conducting our own review of the entire record. *Johnson v. Dep't of Family & Protective Servs.*, No. 01-08-00749-CV, 2010 WL 5186806, at \*1 (Tex. App.—Houston [1st Dist.] Dec. 23, 2010, no pet.) (mem. op.); *see In re K.D.*, 127 S.W.3d at 67. Here, we have independently reviewed the entire record and counsel's *Anders* brief and agree with counsel's assessment that the appeal is frivolous and without merit.

Accordingly, we affirm the judgment of the trial court but deny counsel's motion to withdraw. *See In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016); *In re A.M.*, 495 S.W.3d at 582. Counsel's duty to her client extends through the exhaustion or waiver of "all appeals." TEX. FAM. CODE ANN. § 107.016(3)(B) (West 2014). If appellant wishes to pursue review in the Supreme Court of Texas, "appointed counsel's obligations can be satisfied by filing a petition for review that satisfies the standards for an *Anders* brief." *In re P.M.*, 520 S.W.3d at 27–28.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.